IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-01513-RBJ

KELLY BRUCE,

    Plaintiff,

v.

DAYMOND WORLDWIDE, INC.,

    Defendant.

---

ORDER ON STIPULATED MOTION TO DISMISS

---

The Court has considered the parties' Stipulated Motion to Dismiss at Docket #48. It is ordered that this matter be dismissed with prejudice, each party to pay its own costs and fees.

DATED this 25th day of October, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge